

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EX PARTE: ERIKA GONZALEZ, | § | No. 08-15-00047-CR |
| Appellant. | § | Appeal from the |
| | § | Criminal District Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 20090D05031-DCR1-1) |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 9, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Gary Hill, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 9, 2015.

IT IS SO ORDERED this 9th day of July, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.